# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MATTHEW MURRAY**                                                                       **PLAINTIFF**

v.                                                CAUSE NO. 1:17cv235-LG-RHW

**ATWOOD OCEANICS, INC.**                                        **DEFENDANT**

## ORDER GRANTING JOINT MOTION
## TO DISMISS WITH PREJUDICE

**BEFORE THE COURT** is the [11] Joint Motion to Dismiss with Prejudice filed by the plaintiff Matthew Murray and the defendant Atwood Oceanics. After reviewing the joint, unopposed Motion, the record in this matter, and the applicable law, the Court finds that the Motion to Dismiss should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [11] Joint Motion to Dismiss with Prejudice filed by the plaintiff Matthew Murray and the defendant Atwood Oceanics is **GRANTED**.

**IT IS, FURTHER, ORDERED, ADJUDGED, AND DECREED**, that all claims of Plaintiff, Matthew Murray, against the Defendant, Atwood Oceanics, Inc., are dismissed with prejudice, with each party to bear his or its respective costs in the litigation.

**SO ORDERED AND ADJUDGED** this the 16th day of May, 2018.

                                                   s/ *Louis Guirola, Jr.*
                                                   Louis Guirola, Jr.
                                                   United States District Judge

Agreed as to form and content:

PLAINTIFF, MATTHEW MURRAY

*/s/ Benjamin U. Bowden*
Benjamin U. Bowden, MS Bar 3733
VAUGHN & BOWDEN, PA
Post Office Drawer 240
Gulfport, Mississippi 39502
Telephone: (228) 896-5652
Facsimile: (228) 896-5689
Email: bowden@vauglmbowden.com

and

DEFENDANT, ATWOOD OCEANICS, INC.

*/s/ Todd G. Crawford*
Todd G. Crawford, MS Bar 102620
FOWLER RODRIGUEZ
2501 14th Street, Suite 202
Gulfport, MS 39501
Telephone: (228) 206-0033
Email:  tcrawford@frfirm.com