# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MATTHEW MURRAY**                                                **PLAINTIFF**

v.                                            **CAUSE NO. 1:17cv235-LG-RHW**

**ATWOOD OCEANICS, INC.**                                   **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendant. All claims of the plaintiff Matthew Murray against the defendant Atwood Oceanics, Inc., are dismissed with prejudice, with each party to bear his or its respective costs in the litigation.

**SO ORDERED AND ADJUDGED** this the 16th day of May, 2018.

                                           s/ *Louis Guirola, Jr.*
                                           Louis Guirola, Jr.
                                           United States District Judge